USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUC BURBON, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

FYZICAL, LLC,

    Defendant.

Case No. 1:18-cv-05579-LGS

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
         August 10, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Samuel Sverdlov, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
ssverdlov@seyfarth.com
*Attorney for Defendant*

New York, New York
August 14, 2018

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE